UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SARAH ALHOUTI

v.  C.A. NO.: 2020-447-WES-PAS

PROVIDENCE COLLEGE

## DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah Alhouti and Defendant Providence College stipulate that Plaintiff's Amended Complaint is dismissed with prejudice and without costs. Each party waives any right to appeal.

| Sarah Alhouti | Providence College |
|---|---|
| By her Attorneys, | By its Attorneys, |
| /s/David S. Cass | /s/ Steven M. Richard |
| David S. Cass (#5044) | Steven M. Richard (#4403) |
| Law Offices of David S. Cass | Nixon Peabody LLP |
| One Davol Square | One Citizens Plaza, Suite 500 |
| Providence, RI 02907 | Providence, RI 02903 |
| Tel: 508-889-2674 | Tel: 401-454-1020 |
| Fax: 401-272-2708 | Fax: 401-454-1030 |
| Email: david@davidcaselaw.com | Email: srichard@nixonpeabody.com |

Dated: March 13, 2023

4864-5752-0724.1